Lance Williams #AG-2394
<small>Name and Prisoner/Booking Number</small>

California Medical Facility
<small>Place of Confinement</small>

P.O. Box 2500
<small>Mailing Address</small>

Vacaville, Ca 95696
<small>City, State, Zip Code</small>

**FILED**

SEP 1 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Lance Williams
<small>(Full Name of Plaintiff)</small>               Plaintiff,

v.

(1) Correction Officer Romero
<small>(Full Name of Defendant)</small>

(2) Correction Officer Abarca

(3) Correction Officer Tam A. La

(4) Medical Personnel Jane Doe
                              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-CV-1884 DB  PC
        (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: California Medical Facility-Vacaville

## B. DEFENDANTS

1.  Name of first Defendant: ___Romero_____. The first Defendant is employed as:
    __Correctional Officer_____ at California State Prison Solano
    (Position and Title)                    (Institution)

2.  Name of second Defendant: __Abarca_____. The second Defendant is employed as:
    __Correctional Officer_____ at California State Prison Solano
    (Position and Title)                    (Institution)

3.  Name of third Defendant: __Tam A. La_____. The third Defendant is employed as:
    __Correctional Officer_____ at California State Prison Solano
    (Position and Title)                    (Institution)

4.  Name of fourth Defendant: __Jane Doe_____. The fourth Defendant is employed as:
    __Triage Center medical personnel__ at California State Prison Solano
    (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☒ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: __Williams_____ v. __Wasco State Prison__
        2.  Court and case number: __Eastern (Fresno) District 1:14-cv-01714__.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_
        _____.

    b.  Second prior lawsuit:
        1.  Parties: __Williams_____ v. __Portee et,al__
        2.  Court and case number: Solano Superior Court  FCS046005____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_
        _____.

    c.  Third prior lawsuit:
        1.  Parties: __Williams_____ v. __Passini et,al__
        2.  Court and case number: __Solano Superior Court  FCS047480__.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>8th amendment</u>
<u>use of excessive force, and deliberate indifference to medical care</u>

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   <u>On 3-6-15 I was called to exit my building number 1 of Solano Prison at</u>
   <u>about 3:20pm to go pick up legal mail from designated kitchen area, I</u>
   <u>returned at about 3:40pm with three other inmates and we were knocking</u>
   <u>on front entrance sliding mechanical door of building 1 and waiting for</u>
   <u>officer in control booth to let us back inside building, after about 5</u>
   <u>to 10 minutes of waiting the door began to open and was only open with</u>
   <u>a minimal amount of space to enter by officer Romero who was working in</u>
   <u>control booth, Romero refused to open the door in it's entirety he only</u>
   <u>open door partially for about 1 minute when the first inmate squeezed</u>
   <u>through small space to enter building (See:exhibit B), then I attempted</u>
   <u>to make it through small space to enter into building and right as I tried</u>
   <u>the control booth officer Romero purposely and intentionally closed door</u>
   <u>on me trapping me and causing door to squish me as it continued to close</u>
   <u>shut on me, the constant pressure on my body was excruciating and very</u>
   <u>painful and in a panicked fear of death and severe injury I struggled</u>
   <u>for about 10 to 15 seconds until I was able to wiggle from in between-</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>it caused labored breathing, severe headaches, blood in urine, chest</u>
   <u>ribs, left shoulder trauma, difficulty obtaing an erection, upper,mid</u>
   <u>and low back trauma, trauma to my scrotum,</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
   institution?                                                                    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?                ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? (EXHIBIT A) ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
   did not. _____

3

1  - the door and it's jamb, I don't know where the energy  or
2  strength came from but I got out and laid down trying to catch
3  my breath as it was extremely  hard to breath as I assesed
4  damage to my body preferably my rib area as they felt  crushed
5  and my groin area which was in extreme pain, I ultimately stam-
6  -mered into building passing second door in fear of it closing
7  and saw  that there were no officers on the floor-area so I
8  painfully yelled to the officers in control booth who covered
9  his name tag and pulled his hat low on his head I said," what
10  the fuck you doing up there you did that on purpose and nearly
11  killed me with that door, I need a medic right now !" to which
12  officer Romero responded by saying " Lock it up right now pussy
13  or get sent to the fucking hole!" . I requested  and begged for
14  medical care for every 30 minutes after I had two other inmates
15  help me to my cell due to fear of a falsified write-up sending
16  me to the hole, the pain escaleted and was severe, my breathing
17  was obstructed and difficult, I had blood in my urine and was
18  having a severe headache and pain was radiating from my chest
19  ribs and left shoulder and groin area. At some point while I was
20  in my cell and officer Tam A. La  had replaced  officer Romero
21  who caused the initial incident, officer Tam A. La  had replaced
22  officer Romero and continued to refuse to call medical staff
23  for hours until about 7pm when floor officers Abarca and Vizzero
24  returned to the building at which that time  officer Tam A. La
25  had let me out of my cell a few minutes before their  return
26  and began questioning me about incident but didn't call medical
27  but told me tell floor officers what I told him, so I did, still
28  suffering in pain at which that time officer Abarca who was not-

1  - at scene and at a different location at time of incident and

2  he refused to call medical staff stating," Inmate Williams was

3  not smashed by the front door like he said he was and officer

4  Abarca said he saw everything that happen (See:exhibit C)

5  officer Abarca alleged he ultimately did call medical twice and

6  alleged he spoke with a woman named Chuch a T.T.A. RN that we

7  will call "Jane Doe", officer Abarca said he did'nt remember

8  her name at first after alleged first call and he said," she

9  told him she is denying my medical request because it was not

10  life threatening and medical care is only provided when it's

11  life threatening (See:exhibit C) and for me to fill out a 7362

12  medical request that officer Abarca did not give me.

13    Officer Abarca later attempted to minimize what occurred

14  during  the incident by stating in response to 22 formal

15  request form that incident did not occur the way plaintiff

16  claims however the fact that officer Abarca was not at the

17  scene or available for nearly two hours while and after request

18  for medical care were made and needed, tends to show he must

19  have been absent from building and plaintiff asserts it defies

20  logic that no one was available to call for some medical care

21  until about 7:00pm when incident roughly happen at 3:30pm

22  when plaintiff Williams had been making request for hours with

23  no response from Abarca whom either was absent or ignored

24  plaintiff's request for about 2 hours.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
    ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?          ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. A finding by this court that named defendants did violate plaintiff's U.S. Constitutional Rights;

2. Punitive,Compensatory damges in the amount of $100.000 per defendant;

3. A jury trial on all allegations against each named defendant that are triable by jury;

4. Plaintiff's cost suffered in this suit;

5. Any other relief the court may decide is appropriate in light of case facts

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9-1-17_____
                    DATE

_____
SIGNATURE OF PLAINTIFF

Thomas T. Alford K-01015
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

ATTN: Court Clerk

This case being filed is a case that was previously filed under case number 2:15-cv-0782 JAM-DB P and it was ordered DISMISSED WITHOUT PREJUDICE and to be refiled upon completion of administrative remedies being exhausted which has been done, the case was deemed to be prevailable by plaintiff on the merits if allegations can be proven (See: attached documents).

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    LANCE WILLIAMS,                      No.  2:15-cv-0782 JAM DB P

11                Plaintiff,

12         v.                              ORDER

13    ERIC ARNOLD, et al.,

14                Defendants.

15

16         Plaintiff, a state prisoner proceeding pro se[1] and in forma pauperis, has filed this civil

17    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On February 6, 2017, the magistrate judge filed findings and recommendations herein

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

22    objections to the findings and recommendations.

23         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

24    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

25    ////

---

[1] On March 3, 2017, attorney Paul Richard Martin filed a "Notice of Appearance" on behalf of
plaintiff.  (ECF No. 38.)  However, that document was removed from the docket because Mr.
Martin failed to file a Substitution of Counsel signed by plaintiff as required by Local Rule
182(g).  To date, Mr. Martin has not filed a Substitution of Counsel.

1

1    court finds the findings and recommendations to be supported by the record and by proper

2    analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed February 6, 2017 (ECF No. 35) are adopted in

5    full; and

6            2.  Defendants' Motion for Summary Judgment (ECF No. 24) is granted and this case is

7    dismissed without prejudice.

8    DATED:  April 19, 2017

9                                          /s/ John A. Mendez_____

10                                         UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Message–Id: Subject:Activity in Case 2:15–cv–00782–JAM–DB (PC) Williams v. Arnold, et al. Order.
Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *There is no charge for viewing opinions.*

### U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 4/20/2017 at 10:44 AM PDT and filed on 4/20/2017

| | |
|---|---|
| *Case Name:* | (PC) Williams v. Arnold, et al. |
| *Case Number:* | 2:15–cv–00782–JAM–DB |
| *Filer:* | |
| *Document Number:* | 40 |

*Docket Text:*
 **ORDER signed by District Judge John A. Mendez on 4/19/17: The findings and recommendations filed February 6, 2017 [35] are adopted in full. Defendants' Motion for Summary Judgment [24] is granted and this case is dismissed without prejudice. (Kaminski, H)**

**2:15–cv–00782–JAM–DB Notice has been electronically mailed to:**

Lucas L. Hennes &nbsp &nbsp lucas.hennes@doj.ca.gov, andrea.willis@doj.ca.gov, caritas.elbert@doj.ca.gov, DocketingSACCLS@doj.ca.gov

Paul Richard Martin &nbsp &nbsp rpm_12346@msn.com

**2:15–cv–00782–JAM–DB Electronically filed documents must be served conventionally by the filer to:**

Lance Williams
AG–2394
CALIFORNIA MEDICAL FACILITY (2500)
P.O. Box 2500
Vacaville, CA 95696–2500

The following document(s) are associated with this transaction:

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

LANCE WILLIAMS,

CASE NO: **2:15–CV–00782–JAM–DB**

v.

ABARCA, ET AL.,

---

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
COURT'S ORDER FILED ON 4/20/17**

**Marianne Matherly**
Clerk of Court

ENTERED:   **April 20, 2017**

by:  /s/  H. Kaminski
Deputy Clerk

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Lance Williams
AG–2394
CALIFORNIA MEDICAL FACILITY (2500)
P.O. Box 2500
Vacaville CA 95696–2500
US
—–Case Participants: Lucas L. Hennes (andrea.willis@doj.ca.gov, caritas.elbert@doj.ca.gov,
docketingsaccls@doj.ca.gov, lucas.hennes@doj.ca.gov), Paul Richard Martin (rpm_12346@msn.com),
District Judge John A. Mendez (caed_cmecf_jam@caed.uscourts.gov), Magistrate Judge Deborah Barnes
(caed_cmecf_db@caed.uscourts.gov)
—–Non Case Participants:
—–No Notice Sent:
Message–Id: Subject:Activity in Case 2:15–cv–00782–JAM–DB (PC) Williams v. Arnold, et al. Judgment.
Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e–mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 4/20/2017 at 10:45 AM PDT and filed on 4/20/2017

| | |
|---|---|
| *Case Name:* | (PC) Williams v. Arnold, et al. |
| *Case Number:* | 2:15–cv–00782–JAM–DB |
| *Filer:* | |
| *Document Number:* | 41 |

*Docket Text:*
 **JUDGMENT dated *4/20/17* pursuant to order signed by District Judge John A. Mendez on
4/19/17. (Kaminski, H)**

**2:15–cv–00782–JAM–DB Notice has been electronically mailed to:**

Paul Richard Martin    rpm_12346@msn.com

Lucas L. Hennes    caritas.elbert@doj.ca.gov, docketingsaccls@doj.ca.gov, andrea.willis@doj.ca.gov,
lucas.hennes@doj.ca.gov

**2:15–cv–00782–JAM–DB Electronically filed documents must be served conventionally by the filer to:**
Lance Williams
AG–2394
CALIFORNIA MEDICAL FACILITY (2500)
P.O. Box 2500
Vacaville CA 95696–2500
US

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE WILLIAMS,                    No. 2:15-cv-0782-EFB P (TEMP)

12              Plaintiff,

13        v.                            ORDER

14   ERIC ARNOLD et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff seeks relief

18   pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint.[1]

19        Plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42

20   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  Specifically, plaintiff's amended complaint appears to

21   state a cognizable claim for relief against defendant Romero for excessive use of force in

22   violation of the Eighth Amendment.  According to the complaint, defendant Romero allegedly

23   closed a mechanical sliding door on him on purpose and refused to release the door.  Am. Compl.

24   at 3-3A.  Plaintiff's amended complaint also appears to state a cognizable claim for relief against

25   defendants Romero, Abarra, and La for deliberate indifference to his medical needs in violation

26   of the Eighth Amendment.  According to the complaint, these defendants refused to provide or

27

28   _____

[1] Plaintiff filed a motion for an extension of time to file his amended complaint.  Plaintiff timely filed his amended complaint, however, and plaintiff's motion is denied as unnecessary.

1

1  summon medical care for plaintiff after he suffered injuries from being trapped in the mechanical

2  door. *Id.* at 3A-C. If plaintiff can prove the allegations of his amended complaint, he has a

3  reasonable opportunity to prevail on the merits of this action.

**OTHER MATTERS**

5  Also pending before the court is plaintiff's motion for appointment of counsel. District

6  courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.

7  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances,

8  the court may request an attorney to voluntarily represent such a plaintiff. *See* 28 U.S.C.

9  § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900

10  F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances"

11  exist, the court must consider plaintiff's likelihood of success on the merits as well as the ability

12  of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

13  involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (district court did not abuse

14  discretion in declining to appoint counsel). The burden of demonstrating exceptional

15  circumstances is on the plaintiff. *Id.*

16  In this case, plaintiff contends that he is unlearned in the law and cannot afford to obtain

17  counsel. The court sympathizes with plaintiff's challenges. However, circumstances common to

18  most prisoners, such as lack of legal education, do not establish exceptional circumstances that

19  would warrant a request for voluntary assistance of counsel. Having considered the factors under

20  *Palmer*, the court finds that plaintiff has failed to meet his burden of demonstrating exceptional

21  circumstances warranting the appointment of counsel at this time. Accordingly, plaintiff's

22  request for appointment of counsel is denied.

**CONCLUSION**

24  Accordingly, IT IS HEREBY ORDERED that:

25  1.  Service of the first amended complaint is appropriate for the following defendants:

26  Romero, Abarra, and La.

27  2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an

28  instruction sheet, and a copy of the first amended complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a.  The completed, signed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 1; and

    d.  Four copies of the first amended complaint.

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 13) is denied as unnecessary.

6. Plaintiff's motion for appointment of counsel (ECF No. 12) is denied.

DATED:  April 12, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Message–Id: Subject:Activity in Case 2:15–cv–00782–EFB (TEMP)(PC) Williams v. Arnold, et al. Service
Documents Order. Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this
e–mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

## U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 4/12/2016 at 2:11 PM PDT and filed on 4/12/2016

| | |
|---|---|
| *Case Name:* | (TEMP)(PC) Williams v. Arnold, et al. |
| *Case Number:* | 2:15–cv–00782–EFB |
| *Filer:* | Romero |
| | Abarra |
| | Tam A. La |

*Document Number:* 16

*Docket Text:*
 **ORDER signed by Magistrate Judge Edmund F. Brennan on 4/12/2016 ORDERING service is
appropriate for Romero, Abarra and La. The Clerk shall send plaintiff forms for service to be
completed and returned within 30 days, along with the Notice of Submission. Plaintiff's [13]
motion for an extension of time to file an amended complaint is DENIED as unnecessary.
Plaintiff's [12] motion for appointment of counsel is DENIED. (Yin, K)**

**2:15–cv–00782–EFB Notice has been electronically mailed to:**

**2:15–cv–00782–EFB Electronically filed documents must be served conventionally by the filer to:**

Lance Williams
AG–2394
CALIFORNIA MEDICAL FACILITY (2500)
PO BOX 2500
Vacaville, CA 95696–2500

The following document(s) are associated with this transaction:

# EXHIBIT COVER PAGE:

Exhibit: _____A_____

Description of this exhibit:

Number of pages of this exhibit:_____pages

JURISDICTION: (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

__✓__United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date:    AUG 2 2 2016

In re:    Lance Williams, AG2394
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

TLR Case No.: 1510803        Local Log Nos.: CMF-16-00176 and SOL-16-00254

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner K. J. Allen. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that his submitted appeal was incorrectly processed by appeals staff at the California State Prison - Solano (SOL). The appellant states that the Appeals Coordinator cancelled his appeal because it was untimely. However, the appellant states that he did file his appeal timely and it should be accepted.

The appellant states that he filed the appeal on the date he signed it (November 30, 2015), and the delay in the appeal reaching the Appeals Office was not his fault. He states he should not be faulted for the negligent and intentional actions of CDCR staff at the California Medical Facility (CMF) and the SOL for processing his mail. The appellant requests that his previously cancelled appeal (SOL Log #15-02618) be reinstated and the First Level of Review bypassed.

**II    SECOND LEVEL'S DECISION:** The reviewer found that the institution is in compliance with all departmental rules and regulations in the processing of inmate appeals. The appeal inquiry revealed that the appellant's previously submitted appeal was correctly cancelled for failure to meet time constraints. The reviewer noted that pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.8(b)(1), an inmate must submit an appeal within 30 calendar days of first knowledge of the action or decision being appealed.

The reviewer found that the appellant was attempting to appeal an incident that he became aware of on November 1, 2015. However, his appeal regarding this incident was not received by the SOL's Appeals Office until December 11, 2015, which was beyond the scope of the departmental appeals process. There was no evidence that the appellant mailed his appeal when he indicated. The reviewer found that the appeal was properly cancelled by the Appeals Coordinator. Based upon the conducted inquiry, the appeal was denied at the Second Level of Review.

**III    THIRD LEVEL DECISION:** Appeal is denied.

**A.    FINDINGS:** Following analysis of the submitted documentation, the Appeals Examiner has determined that the appellant's allegations have been reviewed and properly evaluated by administrative staff at the SOL. An appeal inquiry was conducted by appropriate supervising staff and the appeal was reviewed by the institution's Warden. Despite the appellant's dissatisfaction, this review finds no evidence of a violation of existing policy or regulation by the institution based upon the arguments and evidence presented.

The appellant has failed to provide evidence to support his appeal claim that he submitted his appeal in a timely manner. Pursuant to departmental regulations, an appellant must submit the appeal within 30 calendar days of the event or decision being appealed. The appellant is reminded that the CCR 3084.8(a) specifically states that time limits for reviewing appeals shall commence upon the "date of receipt of the appeal form by the appeals coordinator." The institution cannot use the date the appeal was signed by the appellant as this would allow inmates to easily circumvent the mandated time constraints. Relief in this matter at the Third Level of Review is not warranted.

LANCE WILLIAMS J-32694
CASE NO. 1510803
PAGE 2

**B.   BASIS FOR THE DECISION:**
California Penal Code Section: 5058
CCR: 3001, 3084.1, 3084.3, 3084.5, 3084.6, 3084.8, 3380
CDCR Operations Manual, Section: 54100.1, 54100.4

**C.   ORDER:**  No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


K. J. ALLEN, Appeals Examiner
Office of Appeals

cc:     Warden, CMF
        Appeals Coordinator, CMF
        Appeals Coordinator, SOL

M. VOONG, Chief
Office of Appeals

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date:    AUG **2 1** 2017

In re:    Lance Williams, AG2394
California State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671

TLR Case No.: 1705976      Local Log Nos.: CMF-17-00793 and SOL-17-00804

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Shirley, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's positon that appeal, Log #CSP-S-15-00827 [previously Log #CSP-S-15-00687], dated March 29, 2015, was cancelled, but contends that consideration should be taken as he suffers from a major mental illness and learning disabilities. The appellant also claims that he received bad advice from a "jail house" lawyer on how to process the appeal.

The appellant requests that appeal, Log # CSP-S-15-00827, be processed.

**II   SECOND LEVEL'S DECISION:** The Reviewer noted that all arguments and documents have been reviewed and considered in rendering a decision into the appellant's concerns. Although the appellant argues that his mental health and learning disabilities contributed to his inability to resubmit appeal, Log #CSP-S-15-00827, the available records and mental health department confirmed that the appellant is able to understand and navigate through the appeals process. The appellant has filed numerous appeals during the last few years and represented himself in the United States District Courts Case No.2: 150cv-0782 DB P, as the Order states, "Plaintiff is a state prisoner proceeding Pro se etc." The Second Level of Review (SLR) documented that the "Pro se" is a Latin phrase meaning "for oneself" or "on one's own behalf." When appeal, Log #CSP-S-15-00827, was rejected, the appellant could have resubmitted, within 30 days in an attempt to have his issues addressed. The appellant's argument that he did not know how to navigate the appeals process is without merit, as the appellant also has resources available to him, such as the Law Library, Open Line with his assigned Correctional Counselor, and/or any staff member could have attempted to assist him, or he could have simply resubmitted appeal, Log #CSP-S-15-00827, and requested clarification. Additionally, inmates are provided an orientation which includes an overview of the appeals process.

The appellant's request that appeal, Log #CSP-S-15-00827, be process was denied. The Reviewer found that appeal, Log #CSP-S-15-00827, was rejected on April 8, 2015, and the appellant failed to return the appeal within 30 calendar days. The appeal was determined to have been appropriately cancelled pursuant to California Code of Regulations, Title 15, Section (CCR) 3084.6(c), for failure to correct and return a rejected appeal within 30 calendar days of the rejection. The appeal was denied at the SLR.

**III   THIRD LEVEL DECISION:** Appeal is denied.

     **A. FINDINGS:** The documentation and arguments presented are persuasive that the appellant has failed to support his appeal issue with sufficient evidence or facts to warrant a modification of the Third Level of Review (TLR) decision. The Examiner concludes pursuant to CCR 3084.6, the appellant failed to submit his appeal within appropriate timeframes.

The SLR clearly outlined the regulations and guidelines by which the institutions and the department must comply. The appellant was disputing an alleged incident that occurred on March 6, 2015. The appeal, Log #CSP-S-15-00827, was rejected on May 7, 2015. The appellant's resubmitted appeal, Log #CSP-S-15-00827, was subsequently received by the California State Prison - Solano (SOL) Appeals Office on February 24, 2017. The SOL Appeals Office staff cancelled appeal, Log #CSP-S-15-00827, on February 27, 2017, as it exceeded time constraints by approximately two years. The appeal was appropriately cancelled pursuant to CCR 3084.6(c)(10), for failure to correct and return a rejected appeal within 30 calendar days.

The appellant has not presented a compelling explanation for the delay in submitting his appeal in a timely manner. Relief at the TLR is not warranted.

**B.  BASIS FOR THE DECISION:**
CCR: 3000, 3084, 3084.1, 3084.2, 3084.3, 3084.5, 3084.6, 3084.8, 3380

**C.  ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


C. SHIRLEY, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, SAC
       Appeals Coordinator, SAC
       Appeals Coordinator, CMF
       Appeals Coordinator, SOL

# EXHIBIT COVER PAGE:

Exhibit: _____ $B$ _____

Description of this exhibit:


Number of pages of this exhibit: _____ pages


JURISDICTION: (Check only one)


_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

_✓_ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

# DECLARATION

STATE OF CALIFORNIA

Case No.:_____

COUNTY OF SOLANO

I, <u>Mr. A. R. Ross, C-11519</u>, depose and state:

1. That, on Friday, March 06, 2015, I was housed at Solano State Prison in Unit/Cell A1-147.

2. That, on or about 1515 hours, I exited the unit to go pick-up my legal mail as it is distributed at the dining hall.

3. That, upon returning to the unit with Lance Williams and one other individual, the front door was closed and I began to knocking on the door in an effort to gain the attention of the Control Booth Officer where we would be allowed back into the unit.

4. Upon getting the attention of the     C/O in the tower he opened the door approximately one-third of the way open where I had to turn sideways to enter into the breeze-way.

5. Lance Williams was behind me and as he attempted to enter the door was closed on him where he began to yell out loudly, "Hey, Hey, Hey," as the door struck him.

6. Appearing to be a bit hurt he asked the C/O in the Control

-1-

Booth, "Why you closed the door on me, there was no response. He then asked the C/O for his name and it was given.

7. I had began to walk away when an exchange of words between the two of them began with Mr. Williams requesting for medical attention.

I declare under Penalty of Perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __07__ , day of __March__ , 2015.

Respectfully Submitted,

Mr. A. R. Ross

Affiant

DECLARATION

CDC # AT-2881

I, __Terrell Lewis__, declare that, at about 3:20 pm. on 3-6-15 I left my cell in Building A-1 at Solano prison to report to yard-area to get normal legal mail;

That, I finished fast and tried to get back into the building but I was locked-out with another person who was already trying to get the tower officer to put-down his cell phone and open the door;

That, after about ten minutes Lance Williams and another inmate came and we all waited a few more minutes before the tower officer open-ed the door but he refused to open it all-the-way and just barely cracked-it so that we would all have to squeeze-in sideways;

That, two of the other people went-in first then Mr. Williams tried to get through but the tower officer closed the door before he could make it in and pinned him to the jamb and even with both of us yell-ing for him to open the door he still took at least fifteen seconds to open-it, then he told Mr. Williams to forget about the medical attention he requested and cursed at him telling to get back to his cell or go to the hole;

And that, the foregoing is true and correct to the best of my know-ledge, under the penalty of perjury, this 7th day of March, year 2015. Executed at Vacaville, California.

/s/ _Lewis Terrell_

# EXHIBIT COVER PAGE:

Exhibit: _____C_____

Description of this exhibit:

Number of pages of this exhibit: _____ pages

JURISDICTION: (Check only one)

____ Municipal Court

____ Superior Court

____ Appellate Court

____ State Supreme Court

____ United States District Court

____ United States Circuit Court

____ United States Supreme Court

____ California Department of Corrections, 602 Exhibit.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Williams | Lane | AG2394 | L. Williams |

| HOUSING/BED NUMBER | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| H-2442-101 | | | refusal of medical care |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On 3/6/15 I was smashed by front door of building #1 coming in from legal mail by control booth worker avenger it was 3:30pm I was refused medical care by C.O. abarra and control booth C.O. Ejeani around 6:30pm after they were officially back in the building, C.O. abarra says he saw incident.

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: C.O. abarra    DATE MAILED: 3·7·15
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Abarra c/o | 3-7-15 | | 3-7-15 |

Inmate williams was not smashed by the front door like he said _____ _____ _____

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

C.O. Abarra claims I got smashed-in-door in different manner and not "like he said" as stated above. However, Abarra did, in fact, call for medical care for me after I got caught in front-door and my request was denied. I still need physical therapy, pain medication, ect., because that incident has aggravated my preexisting injury. Please, respond promptly.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| L. Williams | 3/9/15 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

# EXHIBIT COVER PAGE:

Exhibit: ____D_____

Description of this exhibit:

## MEDICAL RECORDS ABOUT INCIDENT

Number of pages of this exhibit:_____pages

JURISDICTION: (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

_____United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

**NAME** Williams, Lance

**CDC NUMBER** AG2394

**HOUSING** 2-101

**PATIENT SIGNATURE**

**DATE** 4/2/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _I have developed swelling in my law hurt my latest accident was being snowed by trax door of building one I thes reason for swelling that happen on 3/6/15_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

**Date / Time Received:** RECEIVED APR 03 2015    **Received by:**

**Date / Time Reviewed by RN:**    **Reviewed by:**

**S:**    Pain Scale:  1  2  3  4  5  6  7  8  9  10

See 4/6/15

**O:    T:    P:    R:    BP:    WEIGHT:**

**A:**

**P:**

☐ **See Nursing Encounter Form**

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

**REFERRED TO PCP:**    **DATE OF APPOINTMENT:**

**COMPLETED BY** Morales R.N.    **NAME OF INSTITUTION** Solano

**PRINT / STAMP NAME** SOLANO    **SIGNATURE / TITLE**    **DATE/TIME COMPLETED** APR 06 2015

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Confidential Saved 2016-08-12T16:52:47Z

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7419 rev (07/11)

8/30/2022

| DATE: 4/6/15 8:42 | | | Age: 36 | | UHR Present: | ☐ Yes ☑ No | | MAR Present: ☑ Yes ☐ No | |
|---|---|---|---|---|---|---|---|---|---|

| Temp | Pulse | O2 Sat | BP | RR: | Ht: (Inches) | Wt: (Pounds) | BMI: |
|---|---|---|---|---|---|---|---|
| 97.0 | 65 | 100% | 108/71 | 14 | 68 | 163 | 24.9 |

**Chief Complaints:** Chest Wall pain

| Allergies: nkda | Signature/Title: J. WHITE, C.N.A |
|---|---|

| Complaints/Problems: | **Asthma:** ☐ Yes ☐ No   BW (-) | |
|---|---|---|
| HTN: ☐ Yes ☐ No  DM: ☐ Yes ☐ No  Seizures: ☐ Yes ☐ No | # attacks since last visit: | N/A |
| CV/Hypertension: Chest Pain  ☐ Yes ☐ No  SOB: ☐ Yes ☐ No | # short acting beta agonist canisters in last month | N/A |
| Diabetes Mellitus: # of hypoglycemic reactions since last visit:  N/A | # visits to TTA for asthma since last visit: | N/A |
| Seizure Disorder: # of seizures since last visit:  N/A | # times awakening with asthma symptoms per week: | N/A |

3/6/15: Building door closing, while he was passing thru, he was crushed on his upper lateral chest wall. He was seen by Triage RN 3/9/15. He was R Naproxen. Symptom improving. No chest pain on deep breathing. He felt swelling in lower lumbar sacral, when he leen forward. But it resolved without pain.

| OBJECTIVE: | WNL | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | WNL | ABN | Spine | STUDY RESULTS |
|---|---|---|---|---|---|---|---|
| 1. General | ☑ | ☐ | | ☐ | ☐ | 7. Musculoskeletal | Full R.O.M. |
| 2. HEENT/Neck | ☑ | ☐ | | ☐ | ☐ | 8. Skin/Ext. | No tenderness |
| 3. Cardio | ☑ | ☐ | | ☐ | ☐ | 9. Neurological | Normal gait |
| 4. Pulmonary | ☒ | ☐ | | ☐ | ☐ | 10. Psychiatric | Chest wall |
| 5. Abdomen | ☐ | ☐ | | ☐ | ☐ | 11. Rectal/Prostate | No crepitus |
| 6. Genito-Urinary | ☐ | ☐ | | ☐ | ☐ | 12. Breat/Pelvic | |

Additional Notes:

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

HTN: On target   Continue current med
Chest wall pain s/p Crushed by Door: X-ray Ribs.
LBP - resolved. Explain: Buildng area when he leen forward - was from spinal process.

| Patient Education: ☒ Patient able to verbalize understanding of A/P | ☐ Meds | ☐ Lab/Study Results | ☐ Diet | ☐ Exercise |
|---|---|---|---|---|
| Self Management Goals: | | ☐ Smoking | ☐ Wt Management | |

Next Visit:   Days  As scheduled

*Yuen Chen, M.D.*
*Physician & Surgeon*
*CSP-Solano*

PCP Print:

Signature:

| 1. Disability Code | 2. Accomodation | 3. Effective Communical | **WILLIAMS, LANCE** |
|---|---|---|---|
| ☐ TABE score <= 4.0 | ☐ Additional time | ☒ P/I Asked questions | AG2394 |
| ☐ DPH  ☐ DPV  ☐ LD | ☐ Equipment  ☐ SLI | ☒ P/I Summed Information | |
| ☐ DPS  ☐ DNH | ☐ Louder  ☐ Slower | Please check one: | |
| ☐ DNS  ☐ DDP | ☐ Basic  ☐ Transcribe | ☐ Not reached*  ☒ Reached | |
| TABE LEVEL:  N/A | ☐ Other | *See chrono/notes | DOB: 07/05/1978 |

12.4  No E. C Issue

1573461

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME  Lavir Williams

CDC NUMBER  AG2394

HOUSING  2-101

PATIENT SIGNATURE

DATE  3/24/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I've been having trouble breathing and pain in rib area ever since I was smashed in the door by C.O. officer Zuniga and *albert* denied medical care by C.O. Ybarra.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☒ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:  **RECEIVED MAR 26 2015**  Received by:

Date / Time Reviewed by RN:  Reviewed by:

S: I already saw RN collis Pain Scale: 1 2 3 ④ 5 6 7 8 9 10 on 3/9/15, but I would like to see the doctor for an evaluation of my symptoms, because I am still having

A: (NKDA) difficulty breathing and my left ribs hurt

MEDS: Naproxen, Hydrochlorothiazide, bmd trans.

HX: CAD, HTN, Dyslipidemia

O: T: 98 P: 62 R: 16 BP: 122/76 WEIGHT: 162

56 yr old, Ao x3 speech clear & appropriate. Btl lung sounds clear, no signs of trauma or tenderness on palpation noted on (L) rib/back area. Ambulatory, sitting & standing

A: Alteration in comfort r/t smashed by arm (?) without pending of diff. difficult resting note

P: will duct to MD line Routine

☐ See Nursing Encounter Form

E: FAOE 12.4 IEP instructed to seek medical attention in the future by going "man down" outside her cell as soon as allowd to leave cell to have medical evaluate possible injuries. Will duct to MD line Routine. Verbalized understanding s e c

APPOINTMENT SCHEDULED AS:  EMERGENCY (IMMEDIATELY) ☐  URGENT (WITHIN 24 HOURS) ☐  ROUTINE (WITHIN 14 CALENDAR DAYS) ☒

REFERRED TO PCP:  DATE OF APPOINTMENT:

COMPLETED BY  NAME OF INSTITUTION  CSP-SQLno

PRINT / STAMP NAME  I. Kromann, RN  SIGNATURE / TITLE  DATE/TIME COMPLETED  MAR 27 2015

CDC 7362 (Rev. 03/04)  Original - Unit Health Record  Yellow - Inmate (if copayment applicable)  Pink - Inmate Trust Office (if copayment applicable)  Gold - Inmate

Confidential Saved 2016-08-12T16:52:47Z

*Urgent Matter*

28142

•STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  Larrie Williams       CDC NUMBER  AG2394      HOUSING  1-240

PATIENT SIGNATURE   Larrie Williams       DATE  3-6-15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem)   I need to speak to Dr Chen immediately
regarding my low back chrono and paperwork regarding
me trans Federal court regarding this issue. Immediately

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:  **RECEIVED MAR 0 9 2015**      Received by:  M Call  N

Date / Time Reviewed by RN:      Reviewed by:  M Call  N

S:  Last meal / Breakfast       Pain Scale:  1  2  3  4  5  6  7  8  9  10

NKDA                                          Pain = 8/10

PMHx: HTN, CVA (Sciatica), Dyslipidemia

Meds: HCTZ, Lisinopril

O:  T: 97.5  P: 62  R: 17  BP: 124/78   WEIGHT: 66 lbs    Dwt = 108 lbs

A:

P: Per Protocol followed & PCP as Scheduled

☑ **See Nursing Encounter Form**   LDN

**RECEIVED**

E: Tab. 124

**APR 03 2015**

**MEDICAL RECORDS**

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:                      DATE OF APPOINTMENT:

COMPLETED BY                          NAME OF INSTITUTION  CSP-Sol

PRINT / STAMP NAME                    SIGNATURE / TITLE       DATE/TIME COMPLETED
M.H. Collins, RN                      M Call  N               3/9/15  1230
CSP-Solano

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate



STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

**REQUEST FOR:** MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Lane Williams | A62394 | 1-240 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 3/7/15 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

On 3/6/15 at 3:30 I was smashed by front door of building coming in from getting legal. I was refused medical care by staff, I'm having headach, shoulder, rib and pain in left arm constantly, then I was ordered care not day.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | RECEIVED MAR 09 2015 | Received by: |
|---|---|---|
| Date / Time Reviewed by RN: | | Reviewed by: |

S: alt men'. Breakfast    Pain Scale: 1 2 3 4 5 6 7 8 9 10
NKDA    Pain = 8/10
PmHx: HTN, CLBP (Sciatica), Dyslipidemia
meds: HCTZ, 19m Tens.

O: T: 97.6  P: 62  R: 17  BP: 124/78   WEIGHT: 166 lbs   O₂sat = 100 RA

A: PN Protocol

P: PN protocol followed + Consultation Dr. Clea for RX renewal.
☒ See Nursing Encounter Form   Musculiskeletal Complaint.
TMu 12-4

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION CAL-80 | |

| PRINT / STAMP NAME M.H. Collins, RN CSP-Solano | SIGNATURE / TITLE | DATE/TIME COMPLETED 3/9/15 @ 200 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Confidential Saved 2016-08-12T16:52:47Z

California Department of Corrections and Rehabilitation

Inst: CSP-SOL **Encounter Form: Musculoskeletal Complaint (Non-traumatic)**

NAME: WILLIAMS, LANCE  CDC: AG2394  DOB: 07/05/1978  Date/Time: 3/9/2015 12:43

## SUBJECTIVE

Chief Complaint:  I have pain

Date and time of onset:  3/6/2015 @ 3:30pm

Pain: Scale of 0-10 (0=no pain 10=worst)  8/10

Area of pain:  left shoulder/arm/back

Quality of pain:  ☐ Dull  ☑ Sharp  ☑ Aching
 ☐ Throbbing  ☐ Spasm

If low back pain or flank pain assess for urinary
symptoms:  ☐ Low back pain  ☐ Flank pain
Urinary symptoms:  ☐ Urinary frequency  ☐ Dysuria
 NA  ☐ Burning on urination  ☐ Hematuria

What makes it better?  nothing
History of prior pain/ duration:  N/A

Accompanying symptoms:  ☐ Muscle spasms
 ☑ Numbness  ☐ Tingling
 ☐ Other
History of:  ☐ Fever  ☐ Chills  ☐ Headache
 ☐ Nausea  ☐ Vomiting  ☐ Diarrhea  ☐ Fatigue
 ☐ Trauma
History of chronic illness:  ☐ Arthritis  ☐ Cancer
 ☐ Blood dyscrasias  ☐ Diabetes  ☐ Renal disease
 Other: HTN,Dyslipidemia, CLBP(sciatica)
Allergies:  NKDA
Current medications:  HCTZ, liquitears

## OBJECTIVE

☑ Awake, alert, oriented to person, place, time
Temp: 97.5 Pulse: 62 Resp: 17 B/P: 124/78
 ☐ Urine dipstick

Observe the following: Extremity:  shoulder/arm
 ☐ Upper  ☐ Lower  ☐ Right  ☑ Left
Describe: Color: Normal
 ☐ Warmth  ☐ Tenderness  ☐ Deformity
NA  ☐ Swelling
 ☐ Circulation  ☐ Sensation
Describe:  _____

Muscle:  ☐ Atrophy  ☐ Hypertrophy  ☐ Weakness
NA  ☐ Tremors
Range of motion to affected extremity:
 ☐ Limited  ☑ Full  ☐ Other: NA

Pain or discomfort with or without movement.
For back pain observe curvature, gait, and stance:
 test for straight leg raising:  ambulate w/seadt gait.

Dipstick urine if current symptoms or history of flank pain, urinary
frequency, dysuria, and/or burning on urination and hematuria
results of dipstick/urinalysis:  NA

## ASSESSMENT

☐ Impaired physical mobility related to:  _____

☑ Pain related to/ evidenced:  Complaint of upper torso,
back of neck, right side lower back pain  & right leg with
numbness, pain level 8/10 2" to trauma.

## PLAN

MD referral completed ☑ NO ☐ YES  If yes:
☐ STAT (Positive urine dipstick and patient has signs
 and symptoms consistent with a UTI; alterations in
 circulation or sensation, new deformity or discoloration,
 or patient appears ill or has history of fever, chills,
 headache, nausea, vomiting, or diarrhea; severe muscle
 cramps; muscle weakness with or without fever; warm or
 acutely swollen joints)
 ☐ Urgent  ☐ Routine
 ☑ Orders received by phone from POC
Physician notified (name/time)  Dr Chen
Physician Responded (time)  Onsite
 "RX Renewed"
**Extremity pain of stiffness**
☐ If alteration in circulation or sensation, new deformity or
 discoloration, or patient appears ill or has history of fever,
 chills, headache, nausea, vomiting, or diarrhea notify
 physician STAT.
☐ If none of the above signs and symptoms are present:
 ☐ Apply ice or heat as deemed appropriate.
 ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6 hours PRN pain
 while symptoms persist; not to exceed 6 tabs in 24
 hours.

MH COLLINS, RN _____ 3/9/15
 Signature/Title

---

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC)**
**CDC XXXX**

Confidential Saved 2016-08-12T16:52:47Z

Inst: CSP-SOL          Encounter Form: Musculoskeletal Complaint (Non-Traumatic)
NAME: WILLIAMS, LANCE          CDC: AG2394          DOB: 07/05/1978          Date/Time:  3/9/2015 12:43

☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tabs in 24 hours
☐ Activity as tolerated
☐ Instruct patient to follow-up in RN clinic in 72 hours if symptoms persist.

**Muscle Cramps**
☐ Severe muscle cramps; muscle weakness with or without fever; Refer STAT TO physician
☐ Mild to moderate muscle pain or cramps, wihtout weakness or fever:
    ☐ Advise patient to rest.
    ☐ Acetaminophen 325mg 2 tabs PO qQ4-6 hrs PRN pain while symptoms persist; not to exceed 12 tabs in 24 hrs
    ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24 hrs
    ☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tabs/24hrs
    ☐ Instruct patient to follow-up in RN clinic in 72 hours if symptoms persist.

**Joint pain:**
☐ Warm or acutely swollen, joints: Refer patient to physician STAT for evaluation.
☑ Joint pain without redness, swelling, or deformity:
    ☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tabs/24hrs
    ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24 hrs
    ☐ Instruct patient to follow-up in RN clinic in 72 hours if symptoms persist.

**Low back pain:**
☐ Acute low back pain: Refer patient to physician on a STAT, Urgent, or Routine basis as appropriate.
☐ If urine dipstick is positive or patient has signs and symptoms consistent with a urinary tract infection (UTI) refer the patient to the physician STAT.
☑ Chronic low back pain with documented diagnosis:
    ☑ Review unit health record to confirm diagnosis and treatment.
    ☑ Continue recommended exercises and provide patient with instruction sheet.
    ☑ Review proper body mechanics with the patient.
    ☑ Activity as tolderated.  Advise patient to avoid prolonged sitting.
    ☐ Acetaminophen 325mg 2 tabs PO qQ4-6 hrs PRN pain while symptoms persist; not to exceed 12 tabs in 24 hrs
    ☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs/24 hrs
    ☐ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12 hrs PRN pain while symptoms persist; not to exceed 3 tabs/24hrs
    ☐ Instruct patient to follow-up in RN clinic in 72 hours if symptoms persist.

MH COLLINS, RN _____ 3/9/15
                                Signature/Title

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC)**
**CDC XXXX**

Confidential Saved 2016-08-12T16:52:47Z

California Department of Corrections and Rehabilitation

Inst: CSP-SOL    **Encounter Form:Musculoskeletal Complaint (Non-traumatic)**

NAME: WILLIAMS, LANCE    CDC: AG2394    DOB: 07/05/1978    3/9/2015 12:43

## EDUCATION

☑ Assess patient's potential for understanding the health information to be provided.

☑ Provide patient education consistent with the assessment of the condition.

☐ Document the education provided and the patient's level of understanding on the nursing protocol encounter form.

☑ Refer patient to other resources as needed. Document all referrals on the nursing protocol encounter form.

## DISPOSITION

Time released    3/9/2015 12:58

Condition on release: Stable

☑ Returned to housing unit

☐ Housing reassignment to:

☑ Referred for follow-up

  ☐ Physician clinic    ☑ RN clinic  PRN

☐ Referred to higher level of care:(specify)    NA

  Person/time contacted:    NA

  Time/Mode of transfer:    NA

  ERV contacted (time)    NA

  ERV arrived (time)  NA

Pt reports, " On 3/6/15 @ 330pm I was smashed by front door of my building when  I was coming in from getting  my legal mails,  my upper torso,  back of my neck  and right lower  back hurts w/ numbness on right leg.  Hurts when I walk,  lay down and especially when I climb up in my top bunk hurts really bad. I told my officer to call  for  "Man down" but no medical staff came. I need MRI."  **PMHX:** CLBP (sciatica) .Dyslipidemiua, HTN. **On Assessment:** Pt alert/verbally responsive, ambulating well w/ steady gait not in apparent distress noted. Upper torso, no swelling, redness or  bruising noted,  but pt claimed  of  tenderness on bilateral  ribs area on palpation.  Pt is able to turn neck up/down, side by side, raise both arms straight up & shoulder level and  able to bend down and touch shoes without difficulty. Consulted Dr Chen and renewed RX Naproxen for pain as per patient requested.   Instructed pt to take pain medication as directed.  Activity as tolerated to minimized pain.  No indication for MRI  @ this time. Instructed to resubmit Health Care Services Request Form if swelling/redness or severe pain persists. No barriers to communication. Tabe score: 12.4. Patient verbalized understanding of teaching as well as, ask questions pertaining to the exam appropriately.

**TABE: 12.4**

| 1.Disability Code | 2. Accomodation | 3. Effective Communications |
|---|---|---|
| ☐ TABE score <= 4.0 | ☐ Additional time | ☑ P/I Asked questions |
| ☐ DPH ☐ DPV | ☐ LD ☐ SLI | ☑ P/I Summed Information |
| ☐ DPS ☐ DNH | ☐ Equipment | ☐ Slower  Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic | ☐ Louder |
| ☑ Not Applicable | ☐ Transcribe | ☐ Not reached* ☑ Reached |
| | ☐ Other  See chrono notes: | |

Comments: No Disabilities.

List name(s) of RN Protocols used:

JOINT/LOWER BACK PAIN

MH COLLINS, RN _____  3/9/11

                      Signature/Title

**ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC)**
**CDC XXXX**

Confidential Saved 2016-08-12T16:52:47Z

## CERTIFICATE OF SERVICE

Case Name:   <u>Williams</u>   v.   <u>Romero et,al</u>

Case No.:   _____

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the <u>Civil Rights 42 U.S.C. & 1983</u>
(title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

<u>Thomas T. Alford</u> K-01015
Signature
Notary NOT required

| Name | Address | Date Served |
|------|---------|-------------|
| Attn. Court Clerk<br>U.S. District Court<br>Eastern District | 501 I St. 4-200<br>Sacramento, Ca 95814 | 9-1-17 |