UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>    Defendants. | No. 2:17-cv-1884 TLN DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants subjected him to excessive force and were deliberately indifferent to his medical needs in violation of the Eighth Amendment. On March 5, 2018, the court denied plaintiff's motion to proceed in forma pauperis because plaintiff had accrued "three strikes" under 28 U.S.C. § 1915(g). On March 27, 2018, plaintiff paid the filing fee to proceed with this case.

In an order filed April 6, 2018, the court informed plaintiff that he must complete service of process in accordance with Federal Rule of Civil Procedure 4 within sixty days. (ECF No. 13.) Plaintiff was provided with summonses for purposes of service of process.

On May 29, 2018, plaintiff moved the court for an order directing the U.S. Marshal to effect service for him under Rule 4(c)(3). Plaintiff argued that because he is indigent and incarcerated, he is unable to pay the $120 fee required by the Sheriff's office to serve the summonses and complaint. (ECF No. 19.) Noting that plaintiff did not appear to have attempted

1

to secure a waiver of service under Rule 4(d), the court denied plaintiff's motion without prejudice. (ECF No. 20.)

On July 18, 2018, plaintiff filed a renewed motion for assistance in serving his complaint. (ECF No. 23.) Plaintiff states that he sent waivers of service to defendants on June 14, 2018. He attaches a copy of the waiver request he sent. However, plaintiff does not explain whether he followed all the requirements of Rule 4(d). Plaintiff's waiver forms indicate that he provided defendants with a copy of the complaint, two copies of the waiver form, and a stamped self-addressed envelope. (See ECF No. 23 at 4.) However, plaintiff does not show that he: (1) sent a separate notice, two waiver forms, a copy of the complaint, and a stamped envelope to each individual defendant[1]; and (2) provided each defendant with a copy of the appropriate Waiver of Service of Summons form.[2] If plaintiff can establish that he has met each of the requirements of Rule 4(d), and based on the facts that plaintiff is indigent and incarcerated, then the court will direct the U.S. Marshal to effect service.

Accordingly, IT IS HEREBY ORDERED that within twenty (20) days of the date of this order, plaintiff shall file an addendum to his Motion for U.S. Marshal to Effect Service. In that addendum, plaintiff shall explain whether his attempt to secure waiver of service met the following requirements of Rule 4(d): (1) plaintiff sent a separate notice, two waiver forms, a copy of the complaint, and a stamped, self-addressed envelope to each individual defendant; and (2) plaintiff provided each defendant with a copy of the appropriate Waiver of Service of Summons form.

Dated: July 31, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/will1884.rule 4(2)

---

[1] In fact, plaintiff's waiver indicates that he just sent one copy to all defendants. The notice indicates it was sent "TO: Romero et, al."

[2] A copy of the Waiver of Service of Summons form is an addendum to Rule 4.

2