UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>ROMERO, et al.,<br><br>   Defendants. | No. 2:17-cv-1884 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants subjected him to excessive force and were deliberately indifferent to his medical needs in violation of the Eighth Amendment. On March 14, 2019, plaintiff filed a motion for the appointment of a private investigator. (ECF No. 48.)

First, plaintiff is reminded that he is not proceeding in forma pauperis in this action. Second, the court is aware of no authority permitting it to provide plaintiff funding for an investigator, even if he was proceeding in forma pauperis. Cf. Georgacarakos v. Wiley, No. 07-cv-1712-MSK-MEH, 2009 WL 440934, at *7 (D. Colo. Feb. 23, 2009) (in forma pauperis statute does not provide for the appointment of investigators).

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of an investigator (ECF No. 48) is denied.

Dated: March 19, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/will1884.funds for inv