UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>        Defendants. | No. 2:17-cv-1884 TLN DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff alleges excessive force and deliberate indifference to his medical needs when he was trapped by a mechanical sliding door. On March 29, 2019, plaintiff filed a request for the issuance of subpoenas. (ECF No. 53.) The court denied that request. (ECF No. 54.) In that April 12 order, the court construed plaintiff's request for a subpoena to inspect the site at issue as a request that plaintiff himself be permitted to inspect the site. (Id. at 2.)

On April 26, plaintiff filed a document in which he explains that he intends to have a third party perform an inspection of the site. (ECF No. 56.) The court construes plaintiff's filing as a renewed motion for a subpoena to inspect premises.

////

////

////

1

Within twenty days of the date of this order, defendants shall file a response to plaintiff's April 26 filing.

IT IS SO ORDERED.

Dated: May 14, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/will1884.subp inspect