1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LANCE WILLIAMS,                          No.  2:17-cv-1884 TLN DB P

12                   Plaintiff,

13         v.                                  ORDER

14    ROMERO, et al.,

15                   Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983.

18  Plaintiff alleges defendants subjected him to excessive force and were deliberately indifferent to

19  his medical needs in violation of the Eighth Amendment.  Before the court are plaintiff's requests

20  for:  (1) an extension of time to file an opposition to the pending motion for summary judgment,

21  (2) discovery, and (3) a court order permitting him to communicate with prisoner witnesses.

22  Defendants filed an opposition to the discovery requests and plaintiff filed a reply.

23         In his reply, plaintiff points out that Exhibit C to the Declaration of N. Difuntorum,

24  submitted in support of defendants' summary judgment motion, is incorrect.  This court agrees.

25  N. Difuntorum identifies the exhibit as a copy of "a redacted TeleStaff report that was generated

26  to show the staff members who worked in Facility A during third watch (2:00 p.m. to 10:00 p.m.)

27  on March 6, 2015."  However, as plaintiff points out, the date on the report is March 9, 2015 not

28  ////

March 6, 2015. To permit this court to fully consider plaintiff's requests, this court will give defendants an opportunity to correct this error.

Accordingly, IT IS HEREBY ORDERED that within ten (10) days of the date of this order, defendants shall provide a revised or supplemental declaration of N. Difuntorum with the March 6, 2015 TeleStaff report for Facility A during third watch.

Dated: March 16, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/will1884.msj oppo supp