UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMERO, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1884 TLN DB P<br><br><br>ORDER |

Plaintiff has requested a second extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 87) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his opposition to the motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: June 25, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/will1884.36opp.sec