UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>    Defendants. | No. 2:17-cv-01884 TLN DB P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding pro se. Plaintiff alleges defendants used excessive force and were deliberately indifferent to his serious medical needs. In an order filed October 22, Judge Nunley denied defendants' summary judgment motion and granted plaintiff's motion to amend the complaint to add defendant Zuniga.

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the filed date of this order, plaintiff shall file a first amended complaint. Plaintiff is advised that his amended complaint must include ALL claims he wishes to bring in this action. Once plaintiff files an amended complaint, the original pleading is superseded. E.D. Cal. R. 220.

Dated: November 2, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/will1884.post msj fac

1