UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

            Plaintiff,

    v.

ROMERO, et al.,

            Defendants.

No.  2:17-cv-1884 TLN DB P

ORDER

      Plaintiff is a state prisoner proceeding pro se.  A settlement conference has been set in this case for May 25, 2021 at 9:00 a.m. before Magistrate Judge Kendall J. Newman.  In a document filed April 12, 2021, plaintiff asked to appear at the settlement conference by Zoom video conferencing.  On April 15, this court ordered plaintiff's appearance by Zoom.

      Accordingly, plaintiff's April 12, 2021 request (ECF No. 118) is denied as moot.

Dated:  April 15, 2021

DLB:9
DB/prisoner-civil rights/will1884.appearance or

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1