IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                            Plaintiff,<br><br>   v.<br><br>ROMERO, et al.,<br><br>                            Defendants. | Case No. 2:17-cv-01884 TLN DB P<br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the June 1, 2021 discovery and scheduling order (ECF No. 133) is granted. Defendants shall file any dispositive motion no later than March 31, 2022. The order remains in effect in all other respects.

DATED: December 2, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/will1884.dso eot