IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>         Defendants. | Case No. 2:17-cv-01884 TLN DB<br><br>ORDER |

Defendants have filed an application for an extension of time to file their opposition to plaintiff's December 17, 2021 motion to compel discovery. Good cause appearing, IT IS HEREBY ORDERED that the application (ECF No. 141) is granted. The reply deadline is extended to February 7, 2022.

Dated: January 3, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/will1884.mtc oppo eot