UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROMERO, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1884 TLN DB P<br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, seeks extensions of time to respond to discovery propounded by defendant Chuksorji and to file a reply to defendants' opposition to plaintiff's April 28, 2022 motion to compel. Plaintiff explains that he is homeless and has suffered medical problems. Defendants do not oppose plaintiff's request for an extension of the discovery response deadline so long as it does not impact Chuksorji's ability to file a motion for summary judgment. This court vacated the dispositive motion deadline and does not intend to re-set it until discovery issues have been resolved. (See ECF No. 154.) Therefore, Chuksorji's preparation of any summary judgment motion should not be impacted. This court finds good cause for plaintiff's unopposed request for an extension of time to respond to interrogatories and requests for admissions propounded by Chuksorji.

////

////

1

1  Defendants also do not oppose plaintiff's motion for an extension of time to file a reply to
2  defendants' opposition to plaintiff's motion to compel.  This court finds good cause for that
3  extension of time as well.
4  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extensions of time
5  (ECF No. 178) is granted.  Within 60 days of the filed date of this order, plaintiff shall:  (1)
6  submit responses to Chuksorji's interrogatories and requests for admissions; and (2) file any reply
7  to defendants' opposition to plaintiff's April 28, 2022 motion to compel.
8  Dated:  September 27, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/will1884.mtc reply eot(2)