UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>    Defendants. | No. 2:17-cv-1884-TLN-DB<br><br>**ORDER** |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2023 (ECF No. 193) are ADOPTED IN FULL; and
2. Defendant Chuksorji's November 18, 2022 (ECF No. 181) motion for summary judgment is DENIED.

DATE: September 1, 2023

Troy L. Nunley
United States District Judge