UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>    Defendants. | No.  2:17-cv-1884 TLN DB P<br><br><br>ORDER |

       Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On May 30, 2024, this court ordered defendants to provide plaintiff with a copy of the report of a newly identified expert, Michael Orlandi, by June 20.  (ECF No. 202.)  Plaintiff was given until July 23 to complete discovery regarding Mr. Orlandi.  Plaintiff has now filed a motion to extend the time for discovery regarding the expert.  (ECF No. 203.)  In that document, plaintiff also appears to seek discovery and asks that the Mr. Orlandi be "repealed" from the case.

       This court finds plaintiff has shown good cause for an extension of the discovery deadline.  However, plaintiff is advised that he must seek any discovery from defendants directly.  Discovery should not proceed through the court unless an issue arises that requires the filing of a motion to compel.  Therefore, to the extent plaintiff is seeking discovery through his motion, that request is denied.  Finally, with respect to the expert's testimony, any attempt to strike the expert from defendants' witness list is premature.  Plaintiff appears to recognize that he requires

1

additional information regarding the expert. If plaintiff feels the expert's testimony is not relevant, he may challenge that testimony at a later date or at trial.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an extension of the discovery deadline (ECF No. 203) is granted.
2. The deadline for plaintiff to conduct discovery regarding Michael Orlandi is extended to August 30, 2024.
3. If plaintiff chooses to serve discovery on defendants regarding Mr. Orlandi, defendants shall respond within twenty days of service of the discovery.
4. To the extent plaintiff is asking the court to order discovery that request is denied.
5. Plaintiff's request to strike Mr. Orlandi from defendants' witness list (ECF No. 203) is denied.

Dated: July 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/will1884.exp disc eot