UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:17-cv-1884 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| ROMERO, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Pursuant to court order, the parties have submitted pretrial statements. Accordingly, this case will be set for trial.

IT IS HEREBY ORDERED that

1. Jury trial is set for May 5, 2025 at 9:00 a.m. in Courtroom #2 before Chief United States District Judge Troy L. Nunley.

2. A Final Pretrial Conference is set for February 20, 2025 at 2:00 p.m. in Courtroom #2 before Chief United States District Judge Troy L. Nunley.

DATED: October 31, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE