UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROMERO, et al.,<br><br>                    Defendants. | No.  2:17-cv-1884 TLN SCR P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff has filed a "Motion to grant default victory."  (ECF No. 207.)  Plaintiff asks for judgment to be entered in his favor due to defendants' failure to respond to discovery he propounded on July 18, 2024.

Based on defendants' addition of a witness, Michael Orlandi, the court permitted plaintiff to conduct discovery regarding Mr. Orlandi through August 30.  (ECF Nos. 202, 204.)  As set out in the court's Discovery and Scheduling Orders, discovery should have been propounded so that responses were received fifteen days prior to the discovery deadline.  (ECF No. 50 at 5; ECF No. 123 at 6.)  Responses to discovery were due within forty-five days of service of the discovery requests.  Therefore, even giving plaintiff some leeway due to his pro se status, plaintiff should have served defendants with discovery no later than July 16 so that their responses were due by August 30.  Further, the discovery deadline includes filing any motions to compel discovery.

1

(Id.)  If defendants failed to respond to discovery, plaintiff's remedy was a motion to compel defendants to respond.  See Fed. R. Civ. P. 37.  Plaintiff is obviously aware of that requirement.  He has filed multiple motions to compel in this case.  (See ECF Nos. 60, 71, 137.)

Plaintiff's challenge to defendants' alleged failure to respond to discovery is untimely and judgment will not be entered in plaintiff's failure on that basis.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion to grant default victory" (ECF No. 207) is denied.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE