UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMERO, et al.,<br><br>    Defendants. | No. 2:17-cv-01884-TLN-SCR<br><br>**ORDER** |

    This Court held a Final Pretrial Conference on February 20, 2025. (ECF No. 209.) Plaintiff Lance Williams, proceeding pro se, did not appear. (*Id.*) David E. Kuchinsky appeared on behalf of Defendants E. Romero, J. Zuniga, U. Abarca, T. La, and G. Chuksorji. (*Id.*)

    On October 31, 2024, the Court set the Final Pretrial Conference for February 20, 2025, at 2:00 p.m. in Courtroom 2 before the undersigned. (ECF No. 206.) Plaintiff was served by mail with the order setting the Final Pretrial Conference. No mail was returned to the Court as undeliverable. *See* E.D. Cal. L.R. 183(b). Additionally, Plaintiff did not contact the Court nor the Defendants regarding any conflict with the Final Pretrial Conference date. Accordingly, Plaintiff is DIRECTED to show cause within fourteen (14) days why this Court should not dismiss this case for failure to prosecute under Rule 41(b).

//

1

1   IT IS SO ORDERED.

2   Date: February 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2