Lance Williams
PO Box 570034
Tarzana, Ca 91357

**FILED**



APR 10 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRCT

| | | |
|---|---|---|
| Lance Williams, | } | Case No: 2:17-cv-1884-TLN DB |
| Plaintiff., | } | |
| VS. | } | Plaintiff's witness and evidence list |
| Romero et,al | } | & Motion in Limine |
| Defendant., | } | |

TO: Magistrate Troy L. Nunley

Plaintiff who is a pro se layman with mental health diagnoses is not understanding what court wants but is supplying witness and exhibit list for trial.

WITNESSES: TERREL OWENS, KISSASSI LIGGINS, A.R. ROSS
See attached for witnesses and evidence



Plaintiff as well moves for a motion in limine preventing the defense presenting any

evidence regarding my criminal history as plaintiffs criminal history is not a subject of this case and is irrelevant and will bias the jury in turn and this is only reason the defense wishes to use it plaintiff's criminal history has nothing to do with him being crushed in a door by the officers, if defense is allowed to use plaintiffs criminal history then plaintiff shall be allowed to present evidence that his prison conviction was in error and illegal which will take an entire day of testimony from plaintiff, plaintiff also moves to prevent the use of any deposition transcripts as plaintiff was under heavy medication and marijuana and suffering from severe mental health decompensation episodes causing transcript testimony to be unwilling and inaccurate plaintiff had just lost his dog causing severe depression episodes during deposition, as well plaintiff moves for motion in limine to prevent defense from trying to prevent plaintiff from offering testimony, introducing evidence on dismissed or unrelated claims, defendants involvement in other lawsuits etc, offers to compromise whatever that means, opinion testimony concerning plaintiffs lawsuit, plaintiff moves for a motion in limine preventing defense from using any portion of plaintiffs c-file which again will in turn inflame the jury and bias the jury causing an unfair trial, plaintiff moves for a motion in limine preventing defense from using any of plaintiffs active or previous lawsuits against him in any way t show excessive filing or any cases that plaintiff voluntarily dismissed or were dismissed due to court error that are in appeal or headed to appeal.

APRIL 4TH, 2025                               Lance Williams PLAINTFF

# CERTIFICATE OF SERVICE

Case Name: _Williams_ v. _Rivera et al_

Case No.: _2:17-cv-1884_

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the _Filing in limine/witness/exhibit list_
(title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

Signature
Notary NOT required

**Name** — **Address** — **Date Served**

Court Clerk
United States Dist Court
Eastern District

501 "I" St Suite 4-200
Sacramento, Ca 95814

Date of Service 4/4/25